FILED

MAY 10 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

May 10, 2023

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 1:23-cr-00297 |
| ) | Judge John F. Kness |
| ) | Magistrate Judge Jeffrey Cummings |
| v. ) | |
| ) | Violation: Title 18, United States |
| ERIC DAVION HARRIS ) | Code, Section 922(a)(6) |
| ) | |
| ) | |

The SPECIAL OCTOBER 2022 GRAND JURY charges:

On or about July 16, 2021, at West Chicago, in the Northern District of Illinois, Eastern Division,

ERIC DAVION HARRIS,

defendant herein, in connection with the acquisition of a firearm, namely, a Beretta APX 9mm pistol, bearing serial number A148536X, from Manny Segarra Guns, located at 2117 West North Avenue, West Chicago, Illinois, a licensed dealer of firearms, within the meaning of Title 18, United States Code, Chapter 44, did knowingly make a false and fictitious written statement to Manny Segarra Guns, which statement was intended and likely to deceive Manny Segarra Guns as to a fact material to the lawfulness of the sale of the firearm to the defendant, under Title 18, United States Code, Chapter 44, in that the defendant represented on the Department of Justice, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, that he was the actual transferee/buyer of the firearm;

In violation of Title 18, United States Code, Section 922(a)(6).

## FORFEITURE ALLEGATION

The SPECIAL OCTOBER 2022 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(a)(6), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Beretta APX 9mm pistol, bearing serial number A148536X.

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Erika Csicsila on behalf of the
ACTING UNITED STATES ATTORNEY